UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIE LEAK,

Plaintiff,

- against -

DORA B. SCHRIRO, New York City Dept. of Corrections Commissioner, MAYOR BLOOMBERG, NYC DEPT. OF HEALTH AND HOSPITAL CORPORATION, and BENJAMIN CHU,

Defendants.

11 Civ. 8023 (PAE) (JCF)

O R D E R

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/10/12

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

The above-captioned case being the first-filed action of many related cases concerning the size of beds provided to inmates at the Anna M. Cross Center at Rikers Island, it is hereby ORDERED as follows:

1. This order, as well as all future orders issued under the caption above, shall be docketed and filed in each of the following cases unless otherwise indicated:

11 Civ. 8023 (PAE) LEAK, MAXIE V. DORA B. SCHRIRO

11 Civ. 8983 (PAE) CANNON V. DEP'T OF CORRECTIONS

11 Civ. 9693 (PAE) DAUGHTREY V. DEP'T OF CORRECTIONS

12 Civ. 0618 (PAE) WILLIAMS, KEVIN V. SCHRIRO

12 Civ. 0946 (PAE) FRANCIS V. CITY OF NEW YORK

12 Civ. 2821 (PAE) JOHNSON V. SCHRIRO

12 Civ. 3139 (PAE) Humphrey, Jimmy v. Mayor Bloomberg

12 Civ. 3385 (PAE) BOYD V. CITY OF NEW YORK

12 Civ. 3430 (PAE) FRANKLIN V. CITY OF NEW YORK

12 Civ. 3580 (PAE) IVEY V. CITY OF NEW YORK

12 Civ. 3647 (PAE) GRASSO V. CITY OF NEW YORK

12 Civ. 3650 (PAE) MONTGOMERY V. CITY OF NEW YORK

12 Civ. 3685 (PAE) ATTERBERRY V. WARDEN RIVERA

12 Civ. 3690 (PAE) YOUMANS V. SCHRIRO

12 Civ. 3691 (PAE) SIMMONS V. CITY OF NEW YORK

12 Civ. 3908 (PAE) WILLIAMS, DWAIN V. SCHRIRO

12 Civ. 4069 (PAE) Howard, Norman v. City of New York

12 Civ. 4080 (PAE) Watson, Patrick v. City of New York

12 Civ. 4169 (PAE) Wingate, Blake v. City of New York

12 Civ. 4170 (PAE) Staton, Darren v. City of New York

12 Civ. 4266 (PAE) Johnson, Navarro v. City of New York

12 Civ. 4274 (PAE) Martinez, Christian T. v. City of New York

12 Civ. 4275 (PAE) Duvivier, Islime v. City of New York

12 Civ. 4276 (LAP) Wingate, Blake v. City of New York

12 Civ. 4299 (PAE) Ferreira, Francisco v. City of New York

12 Civ. 4302 (PAE) Opperisano, Joseph v. City of New York

12 Civ. 4306 (PAE) Cowell, Winston v. City of New York

12 Civ. 4307 (PAE) Smith, Roger v. City of New York

12 Civ. 4382 (PAE) Mack, Darren v. City of New York

12 Civ. 4346 (PAE) ENGLAND V. CITY OF NEW YORK

12 Civ. 4347 (PAE) ELLIS V. CITY OF NEW YORK

12 Civ. 4383 (PAE) Wilson, Alex v. City of New York

12 Civ. 4393 (PAE) Suarez, Moses v. City of New York

12 Civ. 4394 (PAE) Brown, Onett D. v. City of New York

12 Civ. 4396 (PAE) Feliciano, Hiram v. City of New York

12 Civ. 4457 (PAE) Campbell, Glenn v. City of New York

12 Civ. 4517 (PAE) Amador, Francisco v. City of New York

12 Civ. 4523 (PAE) Konstantin, Shashkov v. City of New York

12 Civ. 4524 (PAE) Vielman, William v. City of New York

12 Civ. 4532 (PAE) Hayes, Ralphie E. v. City of New York

12 Civ. 4533 (PAE) Williams, Andre v. City of New York

12 Civ. 4630 (PAE) Roberson, Frederick v. City of New York

12 Civ. 4634 (PAE) Sullivan, Wayne v. City of New York

12 Civ. 4638 (PAE) Edwards, Raymond L. v. City of New York

12 Civ. 4670 (PAE) Loving, Demetrius v. City of New York

12 Civ. 4671 (PAE) Holmes, Mike v. City of New York

12 Civ. 4694 (PAE) Fleming, Robert v. City of New York

12 Civ. 4698 (PAE) Soto, David v. City of New York

12 Civ. 4699 (PAE) Vega, Willie v. City of New York

12 Civ. 4700 (PAE) Valentine, Troy v. City of New York

12 Civ. 4803 (PAE) Mogai, Ittiah v. City of New York

12 Civ. 4813 (PAE) Stewart, Arthur v. City of New York

12 Civ. 4896 (PAE) Dragoti, Robert v. City of New York

12 Civ. 4961 (PAE) Langston, Ernest v. City of New York

12 Civ. 5127 (PAE) White, Anthony v. City of New York

12 Civ. 5128 (PAE) Espada, Angel v. City of New York

12 Civ. 5129 (PAE) Johnson, Robert v. City of New York

12 Civ. 5131 (PAE) Milton, Reginald v. City of New York

12 Civ. 5132 (PAE) Martinez, Richard Jr. v. City of New York

12 Civ. 5133 (PAE) Webb, Richard v. City of New York

12 Civ. 5134 (PAE) Hayes, Kendall v. City of New York

12 Civ. 5155 (PAE) Straker, Michael v. City of New York

12 Civ. 5253 (PAE) Sanchez, Nestor v. City of New York

12 Civ. 5695 (PAE) Powell, Howard v. City of New York

2. With respect to the cases with the docket numbers listed below, defendants shall file a consolidated motion to dismiss by August 27, 2012, plaintiffs shall answer by October 2, 2012, and defendants shall reply by October 16, 2012: 12 Civ. 4080, 12 Civ. 4169, 12 Civ. 4170, 12 Civ. 4266, 12 Civ. 4274, 12 Civ. 4275, 12 Civ. 4299, 12 Civ. 4302, 12 Civ. 4306, 12 Civ. 4307, 12 Civ. 4346, 12 Civ. 4347, 12 Civ. 4382, 12 Civ. 4383, 12 Civ. 4393, 12 Civ. 4394, 12 Civ. 4396, 12 Civ. 4457, 12 Civ. 4517, 12 Civ. 4523, 12 Civ. 4524, 12 Civ. 4532, 12 Civ. 4533, 12 Civ. 4609, 12 Civ. 4630, 12 Civ. 4634, 12 Civ. 4638, 12 Civ. 4670, 12 Civ. 4671, 12 Civ. 4694, 12 Civ. 4698, 12 Civ. 4699, 12 Civ. 4700, 12 Civ. 4803, 12

Civ. 4813, 12 Civ. 4896, 12 Civ. 4961, 12 Civ. 5127, 12 Civ. 5128, 12 Civ. 5129, 12 Civ. 5131, 12 Civ. 5132, 12 Civ. 5133, 12 Civ. 5134, 12 Civ. 5155, 12 Civ. 5253, 12 Civ. 5695.

3. Defendants' time to answer or move with respect to the complaint is held in abeyance in the following cases pending determination of the motion to dismiss referred to in the preceding paragraph: Cannon, 11 Civ. 8983; Johnson, 12 Civ. 2821; Atterberry, 12 Civ. 3685; Humphrey, 12 Civ. 3139; Youmans, 12 Civ. 3690; D. Williams, 12 Civ. 3908.

4. The Clerk of Court shall mail a copy of this order to the plaintiff in each case listed in paragraph 1 above.

SO ORDERED.

James C. Francis IV

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
August 10, 2012

Copies mailed this date:

Maxie Leak
1411111286
AMKC
18-18 Hazen Street
East Elmhurst, NY 11370

All Pro Se Plaintiffs in cases identified in paragraph 1

Charles Carey, Esq.
Assistant Corporation Counsel
100 Church Street
New York, NY 10007